UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD McDUFF #204491,

    Plaintiff,

v

PATRICIA WILLARD*;* E'COE M. HILL *NP;* JENNIFER MEYER *RN*; JOHN QUIGLEY *F/S Diet Line Supervisor;* LORI BLUE *RN*; MARY SCHULTZ *RN*; MICHELLE PECONGE *RN*; NATHAN MIKEL *RN/HUM;* ROSEMARY VILLASAN *RN;* STEPHANIE SMOYER *RN;* AMY SOBIERALSKI *RN;* SUBRINA AIKEN *Clinical Admin. Asst.;* and*,* TAYLOR SCHWARZ *RN,*

    Defendants.

NO. 1:22-cv-00020

HON. JANET T. NEFF

MAG. PHILLIP J. GREEN

---

| | |
|---|---|
| Richard Hannable McDuff #204491<br>*In Pro Per*<br>Lakeland Correctional Facility<br>141 First St.<br>Coldwater, MI 49036 | Joseph Y. Ho (P77390)<br>Assistant Attorney General<br>Attorney for MDOC Defendants Meyer,<br>  Quigley, Blue, Mikel, Villasan & Smoyer<br>Mich. Dep't of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>hoj@michigan.gov<br><br>CHAPMAN LAW GROUP<br>Nicholas B. Pillow (P83927)<br>Attorney for Defendant Hill<br>1441 West Long Lake Road, Ste. 310<br>Troy, MI 48098<br>(248) 644-6326<br>npillow@chapmanlawgroup.com |

                                                                                                    /

**MDOC DEFENDANTS MEYER, BLUE, VILLASAN & SMOYER'S MOTION
FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION**

MDOC Defendants Jennifer Meyer, Lori Blue, Rosemary Villasan, and Stephanie Smoyer, by counsel, bring this motion under Fed. R. Civ. P. 56(a), and ask the Court to enter an order dismissing this lawsuit, based on the grounds set forth in the accompanying brief.

The undersigned sought concurrence from Plaintiff Richard McDuff via a letter on August 9, 2022; McDuff did not concur.

Respectfully submitted,

*s/ Joseph Y. Ho*
Joseph Y. Ho
Assistant Attorney General
Attorney for MDOC Defendants
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
hoj@michigan.gov
Dated:  September 28, 2022    P77390

**CERTIFICATE OF SERVICE (EFILE)**

I hereby certify that on September 28, 2022, I electronically filed the *foregoing document(s)* together with this *Certificate of Service* with the Clerk of the Court, through the ECF system, which will provide electronic copies to counsel of record and a hard copy of same was placed in U.S. Postal First-Class Mail, Postage Paid, fully addressed as follows:

Richard Hannable McDuff #204491
*In Pro Per*
Lakeland Correctional Facility
141 First St.
Coldwater, MI 49036

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Corrections Division