UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HANNABLE MCDUFF,

    Plaintiff,

v.

BARBARA ANDERSON, et al.,

    Defendants.
_____/

Case No. 1:22-cv-20

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated:  September 9, 2024

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge